# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-1

**Case No.:** 18-52957  
**Case Name:** CHOICE TRADITIONS, LLC

**For Period Ending:** 12/31/2022

**Trustee Name:** (520210) Kathryn A. Belfance  
**Date Filed (f) or Converted (c):** 12/14/2018 (f)  
**§ 341(a) Meeting Date:** 02/12/2019  
**Claims Bar Date:** 04/27/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 6.00 | 0.00 | | 0.00 | FA |
| 2 | Checking - Operating Account at PNC, xxxxxx1332 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking - Money Market Account at PNC, xxxxxx1316 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Checking - Expense Account at PNC, xxxxxx1324 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Checking - Income Account at Huntington, xxxxxx0890 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Checking - Subcontractor Account at Huntington, xxxxxx0926 | 200.40 | 0.00 | | 0.00 | FA |
| 7 | Checking - Field & Travel Account at Huntington, xxxxxx0939 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Checking - Coordination Account at Huntington, xxxxxx0942 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Construction Deposits | 19,184.00 | 0.00 | | 0.00 | FA |
| 10 | A/R 90 days old or less. Face amount = $954,571.57. Doubtful/Uncollectible accounts = $0.00. | 954,571.57 | 218,464.08 | | 218,464.08 | FA |
| 11 | Other inventory or supplies: Miscellaneous Supplies and inventory, 3/31/18, Net Book Value: $0.00, Valuation Method: N/A | 30,000.00 | 17,860.25 | | 17,860.25 | FA |
| 12 | Miscellaneous Office Fixtures. | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | Miscellaneous Office Equipment. | 5,000.00 | 0.00 | | 0.00 | FA |
| 14 | Mitsubishi Box Truck. | 3,000.00 | 0.00 | | 0.00 | FA |
| 15 | Trailers. | 18,000.00 | 21,000.00 | | 21,000.00 | FA |
| 16 | Forklift. | 1,000.00 | 0.00 | | 0.00 | FA |
| 17 | www.choicetraditions.com. | 0.00 | 0.00 | | 0.00 | FA |
| 18 | State refund (u) | 0.00 | 5,998.87 | | 5,998.87 | FA |
| 18 | **Assets Totals** (Excluding unknown values) | **$1,032,961.97** | **$263,323.20** | | **$263,323.20** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

| | |
|---|---|
| **Case No.:** 18-52957 | **Trustee Name:** (520210) Kathryn A. Belfance |
| **Case Name:** CHOICE TRADITIONS, LLC | **Date Filed (f) or Converted (c):** 12/14/2018 (f) |
| | **§ 341(a) Meeting Date:** 02/12/2019 |
| **For Period Ending:** 12/31/2022 | **Claims Bar Date:** 04/27/2020 |

**Major Activities Affecting Case Closing:**

12/31/2019-
Trustee to auction business equipment and vehicles.
Trustee to recover accounts receivables.
12/30/2020-
Trustee sold vehicles and equipment of the business. Currently in the process of terminating the 401(k) plan. Accountant appointed.
12/30/2021-
Trustee to appoint accountant to handle tax returns. TFR to be filed once tax returns are completed.
12/30/2022-
Fee App hearing scheduled for 1/18/2023. TFR to be filed.

**Initial Projected Date Of Final Report (TFR):** 02/28/2023          **Current Projected Date Of Final Report (TFR):** 02/28/2023

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 18-52957 | Trustee Name: | Kathryn A. Belfance (520210) | |
| Case Name: | CHOICE TRADITIONS, LLC | Bank Name: | Mechanics Bank | |
| Taxpayer ID #: | **-***4339 | Account #: | ******0700 Checking | |
| For Period Ending: | 12/31/2022 | Blanket Bond (per case limit): | $1,500,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/16/19 | {10} | Arby's Restaurant Group, Inc. | Accounts receivable | 1121-000 | 63,464.08 | | 63,464.08 |
| 01/14/20 | 101 | Insurance Partners Agency, Inc. | Bond Premium Payment on Ledger Balance | 2300-000 | | 16.29 | 63,447.79 |
| 03/06/20 | {11} | Western Reserve Auction | Auction proceeds | 1129-000 | 17,860.25 | | 81,308.04 |
| 03/19/20 | {15} | Ronald Roman Auction Company Ltd. | Auction proceeds | 1129-000 | 21,000.00 | | 102,308.04 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 77.28 | 102,230.76 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 163.40 | 102,067.36 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 157.70 | 101,909.66 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 173.74 | 101,735.92 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 168.02 | 101,567.90 |
| 08/26/20 | 102 | Ron Roman | Per order dated 8/21/2020 Voided on 09/25/2020 | 3610-004 | | 4,185.34 | 97,382.56 |
| 08/26/20 | 103 | Ron Roman | Per Order dated 8/21/2020 | | | 4,255.00 | 93,127.56 |
| | | | Per Order dated 8/21/2020 $2,100.00 | 3610-000 | | | |
| | | | Per Order dated 8/21/2020 $2,155.00 | 3620-000 | | | |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 156.93 | 92,970.63 |
| 09/25/20 | 102 | Ron Roman | Per order dated 8/21/2020 Voided: check issued on 08/26/2020 | 3610-004 | | -4,185.34 | 97,155.97 |
| 09/25/20 | 104 | George Roman Auctioneers | Per order dated 8/21/2020 | | | 4,185.34 | 92,970.63 |
| | | | Per order dated 8/21/2020 $1,786.03 | 3610-000 | | | |
| | | | Per order dated 8/21/2020 $2,399.31 | 3620-000 | | | |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 166.33 | 92,804.30 |
| 10/30/20 | {18} | The Treasurer of the State of Ohio | State refund | 1224-000 | 5,998.87 | | 98,803.17 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 155.02 | 98,648.15 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 156.81 | 98,491.34 |
| 12/11/20 | 105 | Insurance Partners | | 2300-000 | | 32.42 | 98,458.92 |

Page Subtotals: $108,323.20 $9,864.28

{ } Asset Reference(s)

18-52957-amk    Doc 89    FILED 01/27/23    ENTERED 01/27/23 15:20:27    Page 3 of 8

! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 18-52957 | Trustee Name: | Kathryn A. Belfance (520210) |
|---|---|---|---|
| Case Name: | CHOICE TRADITIONS, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4339 | Account #: | ******0700 Checking |
| For Period Ending: | 12/31/2022 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 173.16 | 98,285.76 |
| 01/13/21 | | Transfer Debit to People's United Bank acct XXXXXX9796 | Transition Debit to People's United Bank acct XXXXXX9796 | 9999-000 | | 98,285.76 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 108,323.20 | 108,323.20 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 98,285.76 | |
| Subtotal | 108,323.20 | 10,037.44 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $108,323.20 | $10,037.44 | |

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 18-52957 | | Trustee Name: | Kathryn A. Belfance (520210) |
|---|---|---|---|---|
| Case Name: | CHOICE TRADITIONS, LLC | | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***4339 | | Account #: | ******9796 Checking Account |
| For Period Ending: | 12/31/2022 | | Blanket Bond (per case limit): | $1,500,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/13/21 | | Transfer Credit from Mechanics Bank acct XXXXXX0700 | Transition Credit from Mechanics Bank acct XXXXXX0700 | 9999-000 | 98,285.76 | | 98,285.76 |
| 01/29/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 152.25 | 98,133.51 |
| 02/03/21 | 1000 | Department of Labor | penalty fee for Form 5500 | 2810-000 | | 1,500.00 | 96,633.51 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 145.59 | 96,487.92 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 170.10 | 96,317.82 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 154.37 | 96,163.45 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 143.84 | 96,019.61 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 169.28 | 95,850.33 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 153.62 | 95,696.71 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 163.60 | 95,533.11 |
| 09/28/21 | | Transition Transfer Credit Adj. | Transition Transfer Credit Adj. | 9999-000 | | -95,533.11 | 191,066.22 |
| 09/28/21 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX6789 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX6789 | 9999-000 | | 95,533.11 | 95,533.11 |
| 09/28/21 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX6789 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX6789 | 9999-000 | | 95,533.11 | 0.00 |
| | | | COLUMN TOTALS | | 98,285.76 | 98,285.76 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 98,285.76 | 95,533.11 | |
| | | | Subtotal | | 0.00 | 2,752.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $2,752.65 | |

{ } Asset Reference(s)

b - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 18-52957 | Trustee Name: | Kathryn A. Belfance (520210) |
|---|---|---|---|
| Case Name: | CHOICE TRADITIONS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4339 | Account #: | ******6789 Checking Account |
| For Period Ending: | 12/31/2022 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/28/21 | | Transfer Credit from People's United Bank acct XXXXXX9796 | Transition Credit from People's United Bank acct XXXXXX9796 | 9999-000 | 95,533.11 | | 95,533.11 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 153.11 | 95,380.00 |
| 10/07/21 | {10} | HMS HOST | A/R | 1121-000 | 155,000.00 | | 250,380.00 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 321.66 | 250,058.34 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 427.49 | 249,630.85 |
| 12/15/21 | 1000 | Insurance Partners | BOND PAYMENT | 2300-000 | | 76.17 | 249,554.68 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 413.38 | 249,141.30 |
| 01/10/22 | 1001 | Cindy H. Mitchell | Per Order dated 1/7/2022 | 3410-000 | | 7,300.00 | 241,841.30 |
| 01/11/22 | 1002 | Auto-Owners Insurance | Per Order dated 11/24/2021 | 8500-002 | | 51,666.67 | 190,174.63 |
| 01/11/22 | 1003 | PNC | Per Order dated 11/24/2021 Voided on 01/12/2022 | 8500-004 | | 83,398.71 | 106,775.92 |
| 01/12/22 | 1003 | PNC | Per Order dated 11/24/2021 Voided: check issued on 01/11/2022 | 8500-004 | | -83,398.71 | 190,174.63 |
| 01/12/22 | 1004 | PNC | Per Order dated 11/24/2021 | 8500-002 | | 51,666.67 | 138,507.96 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 380.14 | 138,127.82 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 261.86 | 137,865.96 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 243.08 | 137,622.88 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 213.21 | 137,409.67 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 212.88 | 137,196.79 |
| 06/16/22 | 1005 | PNC | Per Order dated 11/24/2021 | 8500-002 | | 83,398.71 | 53,798.08 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 241.91 | 53,556.17 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 149.80 | 53,406.37 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 94.15 | 53,312.22 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 85.44 | 53,226.78 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 82.46 | 53,144.32 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 90.86 | 53,053.46 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 85.02 | 52,968.44 |

Page Subtotals: $250,533.11 $197,564.67

{ } Asset Reference(s) 18-52957-amk Doc 89 FILED 01/27/23 ENTERED 01/27/23 15:20:27 Page 6 of 8 !-transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-5

| | |
|---|---|
| Case No.: | 18-52957 |
| Case Name: | CHOICE TRADITIONS, LLC |
| Taxpayer ID #: | **-***4339 |
| For Period Ending: | 12/31/2022 |

| | |
|---|---|
| Trustee Name: | Kathryn A. Belfance (520210) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******6789 Checking Account |
| Blanket Bond (per case limit): | $1,500,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 250,533.11 | 197,564.67 | $52,968.44 |
| | | | Less: Bank Transfers/CDs | | 95,533.11 | 0.00 | |
| | | | Subtotal | | 155,000.00 | 197,564.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $155,000.00 | $197,564.67 | |

{ } Asset Reference(s)     18-52957-amk    Doc 89    FILED 01/27/23    ENTERED 01/27/23 15:20:27    Page 7 of 8     ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 18-52957 | **Trustee Name:** | Kathryn A. Belfance (520210) | |
| **Case Name:** | CHOICE TRADITIONS, LLC | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***4339 | **Account #:** | ******6789 Checking Account | |
| **For Period Ending:** | 12/31/2022 | **Blanket Bond (per case limit):** | $1,500,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0700 Checking | $108,323.20 | $10,037.44 | $0.00 |
| ******9796 Checking Account | $0.00 | $2,752.65 | $0.00 |
| ******6789 Checking Account | $155,000.00 | $197,564.67 | $52,968.44 |
| | **$263,323.20** | **$210,354.76** | **$52,968.44** |